FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2018 MAR 22  P 3: 16

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18-MJ-148 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| KAREN A. VINELLA, | ) | Court Date: April 9, 2018 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 7142130)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 21, 2018, at Marine Corps Base, Quantico, Virginia, within the Eastern District of Virginia, the defendant, KAREN A. VINELLA, did willfully steal and purloin, property of the Marine Corps Exchange, a department or agency of the United States. (Violation of Title 18, United States Code, Section 641)

Respectfully Submitted,

Tracy Doherty-McCormick
Acting United States Attorney

Michael D. Minerva
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this **23** day of March 2018 to the defendant at:

KAREN A. VINELLA
1122 Morningwood Ln.
Greatfalls, VA 22066

By: _____
Michael D. Minerva
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Michael.Minerva@usdoj.gov